# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SOUTHEAST DIRT, L.L.C.                                           NO.   2024 CW 0261

VERSUS

D.R. HORTON, INC.- GULF                                          **JULY 1, 2024**
COAST

---

In Re:     D.R. Horton, Inc.- Gulf Coast, applying for supervisory
           writs,  21st  Judicial  District  Court,  Parish  of
           Tangipahoa, No. 2022183.

---

BEFORE:    **THERIOT, PENZATO, AND LANIER, JJ.**

    **WRIT NOT CONSIDERED.**  The writ application fails to comply
with Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of
Appeal because it does not include a copy of the trial court's
written judgment. The transcript in this matter reflects that the
trial judge ordered that a judgment be submitted to the trial court
for signature.

    Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

    In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the signed judgment, and must comply with Rule 2-12.2 of the
Uniform Rules of Louisiana Courts of Appeal. Any new application
must be filed on or before July 29, 2024, and must contain a copy
of this ruling.

                                  **MRT**
                                    **AHP**
                                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT